**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 98-6257**

―――――――――――

KEVIN K. WALLACE,

Plaintiff - Appellant,

versus

P. DAVIS, Corporal; J. DUNCAN, Sergeant,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-97-2438-MJG)

―――――――――――

Submitted: November 30, 1998        Decided: February 10, 1999

―――――――――――

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Kevin K. Wallace, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, David Phelps Kennedy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin K. Wallace appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wallace v. Duncan, No. CA-97-2438-MJG (D. Md. Jan. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2